DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANGELA D. HENFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0190

_____

July 8, 2026

Appeal from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

LeNina Denisa Hurdle, Tampa, for Appellant.

No appearance for Appellee.

**ORDER FOLLOWING SHOW-CAUSE PROCEEDING**

PER CURIAM.

Attorney LeNina Denisa Hurdle, Florida Bar Number 106016, appeared before this court on Tuesday, April 21, 2026, to show cause why sanctions should not be imposed for her failure to comply with this court's orders.

Attorney Hurdle filed the notice of appeal in the trial court on January 21, 2026, and the notice was transmitted to this court on

January 22.  Because no filing fee accompanied the notice, on January 23 this court issued its standard fee order.  The order required the appellant to submit to this court the $300 filing fee or indigency documentation within twenty days, failing which the appeal would be subject to dismissal and counsel subject to sanctions.  Attorney Hurdle did not respond.

On March 10, 2026, this court issued an order directing Attorney Hurdle to respond to the January 23 order or risk the imposition of sanctions.  Attorney Hurdle did not respond.

On April 2, 2026, this court issued an order requiring Attorney Hurdle to appear at the court's April 21 oral argument session to show cause why she should not be sanctioned for her failure to respond to the orders just described.  The order advised that if Attorney Hurdle complied with the order by 1 p.m. on Thursday, April 16, 2026, she could seek to discharge the order to show cause.  Attorney Hurdle did not take advantage of the purge provision.

Attorney Hurdle appeared before the court on April 21, 2026, and advised the court that she has been transitioning to a new firm, she thought another attorney was going to be handling the appeal, the filing fee had been paid (that morning), and she intended to file a motion to withdraw.  The court directed Attorney Hurdle to file a motion to withdraw with the clerk's office by 5 p.m. that day.  Attorney Hurdle did so, but the motion was inadequate.  On April 24, this court issued an order denying the motion to withdraw without prejudice and providing guidance.  Attorney Hurdle did not respond.

Due to Attorney Hurdle's failure to comply with this court's directives and the attendant delays, we hereby refer this matter to The

2

Florida Bar for investigation and initiation of such proceedings as may be appropriate.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.